IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BASAVARAJ A. HOOLI,

    Plaintiff,

v.                                    CASE NO. 4:12cv134-RH/CAS

DEEPA VINOO, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 14, which recommends dismissal, and the plaintiff's responses, ECF Nos. 15, 16, and 18. I have reviewed *de novo* the issues raised by the plaintiff's filings.

A plaintiff may be entitled to notice and an opportunity to be heard prior to a dismissal on the court's own motion in circumstances like these. *See*, *e.g.*, *Am. United Life Ins. Co. v. Martinez*, 480 F.3d 1043, 1069 (11th Cir. 2007); *Danow v. Borack*, 197 F. App'x 853, 856 (11th Cir. 2006); *see also Jefferson Fourteenth Assocs. v. Wometco de Puerto Rico, Inc.*, 695 F.2d 524 (11th Cir. 1983). Here the

report and recommendation gave the plaintiff adequate notice, and he had an opportunity to respond by filing objections.  The plaintiff has made several filings.  He has been fully heard.

The plaintiff has filed a complaint (ECF No. 1), a number of amended complaints (ECF Nos. 6, 10, and 12), and an addendum to the complaints (ECF No. 15).  All are difficult to understand.  Even if the plaintiff could overcome the jurisdictional and venue issues that are obvious on the face of the pleadings, dismissal still would be appropriate, because the various filings fail to state a claim on which relief can be granted.

IT IS ORDERED:

The report and recommendation is ACCEPTED.  The clerk must enter judgment stating, "All the plaintiff's claims are dismissed."  The clerk must close the file.

SO ORDERED on August 6, 2012.

> s/Robert L. Hinkle
> United States District Judge